1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O

FILED
CLERK, U.S. DISTRICT COURT

APR 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )     Case No.: SACR 92-48-JVS
                                )
                  Plaintiff,    )     ORDER OF DETENTION AFTER
                                )     HEARING
          vs.                   )     [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                )      § 3143(a)]
Arbuckle, Desmond Patrick       )
                                )
                  Defendant.    )

        The defendant having been arrested in ~~this District~~ *SDCA* pursuant to a warrant issued by the United States District Court for the _____ *CDCA* _____,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on *backgrd, cmty ties unknown due to failure to interview; lack of bail resources. Conduct in absconding from supervision and not*

1    Complying with other conditions of release;

2    substance abuse history

3    and/or

4 B.    (X) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7    finding is based on   Commission of new offenses while

8    under supervision; extensive criminal history

9    record; substance abuse history

10

11

12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED:   4/14/14

17                                     ROBERT N. BLOCK

                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28